NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIA ENGINEERING LIMITED,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**VEGA INDUSTRIES, LTD., INC.,**
*Third Party Defendant-Appellant,*

**v.**

**MAGOTTEAUX INTERNATIONAL S/A**
AND **MAGOTTEAUX, INC.,**
*Defendants/Counterclaimants-Appellees.*

---

2013-1571

---

Appeal from the United States District Court for the Middle District of Tennessee in No. 09-CV-0255, Judge William Joseph Haynes, Jr.

---

**ON MOTION**

---

**O R D E R**

2        AIA ENGINEERING LTD. v. MAGOTTEAUX INTERNATIONAL

Upon consideration of the jointly filed motion to with-draw this appeal,

IT IS ORDERED THAT:

The motion is granted.  The appeal is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: December 30, 2013